

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00518-CV

Jeanne **COOK**,
Appellant

v.

Warren F. **NEELY**, M.D.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-10774
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The trial court signed a final judgment on April 24, 2014. The clerk's record was due to be filed with this court by August 21, 2014. *See* TEX. R. APP. P. 35.1(a). On August 27, 2014, the trial court clerk notified this court that the clerk's record was not filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee. On September 2, 2014, we ordered appellant to provide written proof to this court by September 12, 2014, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) appellant is entitled to appeal without paying the clerk's fee.

On September 12, 2014, Appellant filed a notice of payment of the clerk's fee. Appellant has satisfied our September 2, 2014 order.

The trial court clerk's record is due to be filed with this court not later than October 3, 2014. *See id.* R. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court